

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2017

No. 04-17-00307-CR

Jerry **RODRIGUEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 17-01-0032-CRA
Honorable Stella Saxon, Judge Presiding

## O R D E R

The court reporter's notification of late record is hereby GRANTED. Time is extended to August 31, 2017. **NO FURTHER EXTENSIONS WILL BE ALLOWED.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk